IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

Maario Coleman

Criminal Action No.

1:13-CR-491-01-TWT

### Government's Motion for Leave to File Dismissal

It appearing that defendant Maario Coleman has pleaded guilty to an Information in Criminal Action Number 1:14-CR-172 (N.D. Ga.) based upon the criminal conduct charged in the instant case, the United States moves to dismiss all counts of the Indictment filed in the instant case against Maario Coleman and Movant prays leave of Court to file the same.

Respectfully submitted,

SALLY QUILLIAN YATES
United States Attorney

By:  Shanya J. Dingle
     Assistant United States Attorney
     Georgia Bar No. 159277
     shanya.dingle@usdoj.gov

### Order of Dismissal

Now, to-wit, on the __5__ day of __Aug.__, 20__14__, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_Thomas W. Thrash_
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE